ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after an evidentiary hearing.

David Allen FULKS,
Petitioner–Respondent,

v.

Suzan Kay FULKS,
Respondent–Appellant.

No. WD 42392.

Missouri Court of Appeals,
Western District.

June 5, 1990.

Edward J. Houlehan, Kansas City, for respondent-appellant.

Robert C. Paden, Independence, for petitioner-respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal by mother from portion of dissolution of marriage decree awarding joint

custody with primary physical custody of minor children to the father.

Affirmed. Rule 84.16(b).